Form 154

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

27

In re:  Bankruptcy Case No.: 20−10835−TPA

Chapter: 7

**Carol A. Brissey−Smith**
   Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 24, 2021**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
U.S. Bankruptcy Court
c/o CLAIMS CLERK
5414 U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 6/15/21

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10835-TPA |
| Carol A. Brissey-Smith | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: 154 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Carol A. Brissey-Smith, 7728 Don Avenue, Fairview, PA 16415-1010 |
| 15326074 | + | Andover Bank, 600 East Main Street, P.O. Box 1300, Andover, OH 44003-1300 |
| 15326081 | | Attn: Bankruptcy Dept., Synchrony Bank/Lowe's, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15339043 | + | Maria D. Miksich, Esq., KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15326080 | | PennyMac Loan Services, LLC, P.O. Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: john.melaragno@txitrustee.com | Jun 15 2021 23:52:00 | John C. Melaragno, Trustee, 502 West 7th Street., Erie, PA 16502 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 16 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15326075 | | EDI: BANKAMER.COM | Jun 16 2021 03:33:00 | Bank of America, N.A., P.O. Box 982234, El Paso, TX 79998-2234 |
| 15339042 | + | EDI: CITICORP.COM | Jun 16 2021 03:33:00 | Best Buy Credit Services, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 15326076 | | Email/Text: cms-bk@cms-collect.com | Jun 15 2021 23:52:00 | Capital Management Services, LP, 698 South Ogden Street, Buffalo, NY 14206-2317 |
| 15326077 | + | EDI: CITICORP.COM | Jun 16 2021 03:33:00 | Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15326078 | | EDI: DISCOVER.COM | Jun 16 2021 03:33:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15326079 | + | Email/Text: ptacct@mch1.org | Jun 15 2021 23:53:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 15339044 | + | EDI: RMSC.COM | Jun 16 2021 03:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15326275 | + | EDI: RMSC.COM | Jun 16 2021 03:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| aty | *P++ | JOHN C MELARAGNO, 502 WEST SEVENTH STREET, ERIE PA 16502-1333, address filed with court:, John C. Melaragno, Trustee, 502 West 7th Street., Erie, PA 16502 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

**Name** | **Email Address**

John C. Melaragno, Trustee
on behalf of Trustee John C. Melaragno  Trustee johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com

John C. Melaragno, Trustee
johnm@mplegal.com
jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com

Maria Miksich
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Michael J. Graml
on behalf of Debtor Carol A. Brissey-Smith mattorney@neo.rr.com  mjgraml@verizon.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5